IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THURNAL ANTHONY GLOVER<br>    Defendant. | Criminal Action No.<br>1:98-cr-316-SDG<br>1:10-mj-1325-LTW |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation entered by United States Magistrate Judge Linda T. Walker [ECF 11], which recommends that Defendant's Motion to Dismiss Detainer [ECF 4, Case No. 1:10-mj-1325-LTW] be DENIED. Plaintiff did not file objections to the Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(3), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court **ADOPTS** the Final Report and Recommendation [ECF 11] as the order of this Court.

**SO ORDERED** this the 29th day of July 2020.

_____
Steven D. Grimberg
United States District Court Judge